FREDERICK S. OSBURN, JR., Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Judgment affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the law and for granting a new trial. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JULIAN BAUMAN, Respondent, v. STEPHEN BAUMAN, Individually and as Executor, etc., of JULIUS BAUMAN, Deceased, and Another, Appellants, Impleaded with Others, Defendants.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND J. BOMMER, Appellant.— Judgment of conviction and orders affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

G. L. OHRSTROM & Co., INCORPORATED, Respondent, v. CHRISTIAN E. SMITH, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN KNITTEL, Respondent, v. LUCIA A. BURGER and Another, Appellants. ANNA SCHIEDER and Another, Respondents, Impleaded with Others, Defendants. — Judgment affirmed, with costs. New finding of fact made. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.